IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

MEGAN VALENZUELA,

        Plaintiffs,                              No. 2:17-cv-00957-KRS-GJF

v.

BLOOMNET, INC., individually and d/b/a/
1-800-FLOWERS; 1-800-FLOWERS.COM, INC.,
individually and d/b/a 1-800-FLOWERS; 1-800
TEAM SERVICES, INC., individually and d/b/a
1-800-FLOWERS; 1-800 FLOWERS SERVICE
SUPPORT CENTER, INC., individually and d/b/a
1-800-FLOWERS; 1-800 FLOWERS; and MARK
NANCE, individually and in his representative capacity,

        Defendants.

## ORDER SETTING DEADLINE TO CONSENT
## TO MAGISTRATE JUDGE

This matter comes before the Court *sua sponte*, following a review of the record in the above-titled cause. On September 19, 2017, pursuant to Fed. R. Civ. P. 73(b)(1), the Court entered a text only notice advising the parties of their opportunity to consent to the undersigned's plenary jurisdiction over this matter. Due to impendent dispositive proceedings, the Court finds that the interests of judicial economy are best served by imposing a consent deadline of fourteen (14) days. The parties are reminded that consent is strictly voluntary and there are no adverse consequences for withholding consent.

Accordingly, should the parties choose to consent, it is hereby **ORDERED** that such consent shall be filed with the Court within fourteen (14) days of the entry of this order.

                                                  KEVIN R. SWEAZEA
                                                  UNITED STATES MAGISTRATE JUDGE